*Attorney for Plaintiff*
**Rory Leisinger
Rory Leisinger, Esq.
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
(P) (626) 290-2868
(e)  rory@leisingerlaw.com**

<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| **EUGENIO GOROSPE, an Individual on behalf of himself and all others similarly situated, ,** <br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br><br>　　　　　　Defendant. | **Case No.:   5:16-cv-01960-EJD-NMC**<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL OF NAMED PLAINTIFF WITH PREJUDICE AND PUTATIVE CLASS WITHOUT PREJUDICE** |

　　　The undersigned parties hereby stipulate and agree that pursuant to F.R.C.P. 41(a)(1)(A)(2) the claims of the named Plaintiff in this action be and hereby are dismissed with prejudice and the claims of the putative class in this action be and hereby are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

　　　Dated:  July 14, 2016

<div style="margin-left:50%">

s/ Rory Leisinger_____
Attorney for Plaintiff
Rory Leisinger
Rory Leisinger, Esq.
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
(P) (626) 290-2868
(e) rory@leisingerlaw.com

</div>

s/ Renne Choy
Renee Choy Ohlendorf
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070
Attorneys for Defendant
Portfolio Recovery Associates, LLC