*Attorney for Plaintiff*
**Rory Leisinger**
Rory Leisinger, Esq.
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
(P) (626) 290-2868
(e) rory@leisingerlaw.com

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO GOROSPE, an Individual on behalf of himself and all others similarly situated, ,<br><br>    Plaintiff,<br><br>    vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No.:   5:16-cv-01960-EJD-NMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL OF NAMED PLAINTIFF WITH PREJUDICE AND PUTATIVE CLASS WITHOUT PREJUDICE |

    Pursuant to the stipulation and joint request, IT IS HEREBY ORDERED that pursuant to F.R.C.P. 41(a)(1)(A)(2) the action of plaintiff EUGENIO GOROSPE against defendant PORTFOLIO RECOVERY ASSOCIATES, LLC be dismissed with prejudice and the claims of the putative class in this action against defendant PORTFOLIO RECOVERY ASSOCIATES, LLC be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

DATED: 7/15/2016

By: _____
    Hon. Edward J. Davila

1